PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE   #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
ROBERT CLYDE RAINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00233 SOM |
| | ) | |
| Plaintiff, | ) | MOTION FOR WITHDRAWAL |
| | ) | AND SUBSTITUTION OF |
| vs. | ) | COUNSEL; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| ROBERT CLYDE RAINS, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW the defendant, ROBERT CLYDE RAINS, through

counsel, LORETTA A. FAYMONVILLE, Assistant Federal Public Defender, and

moves this Honorable Court to allow her to withdraw as counsel for ROBERT

CLYDE RAINS for the reason that there is a complete breakdown of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, March 10, 2006.

    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
ROBERT CLYDE RAINS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was duly served electronically through CM/ECF to the following:

BEVERLY WEE SAMESHIMA
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, March 10, 2006.

　　　　　　　　　　　　　　　　/s/ Loretta A. Faymonville
　　　　　　　　　　　　　　　　LORETTA A. FAYMONVILLE
　　　　　　　　　　　　　　　　Attorney for Defendant