IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00233 SOM |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| ROBERT CLYDE RAINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF COUNSEL**

I, LORETTA A. FAYMONVILLE, hereby declare as follows:

1. That I am counsel for defendant, ROBERT CLYDE RAINS, having been appointed pursuant to the Criminal Justice Act.

2. That on March 2, 2006, ROBERT CLYDE RAINS pled guilty to Count One of the Indictment and was sentenced by this Court to a term of 216 months of incarceration.

3. That at a visit today with Mr. Rains at the FDC, he informed me that I have not provided him with effective representation and that I have not advised and counseled him properly.

      4.       That it is not possible for me to continue to provide meaningful representation of Mr. Rains in light of his opinions regarding my representation of him and the handling of his case.

      5.       That Mr. Rains has instructed me to file a Notice of Appeal in his case.

      6.       That it t would be in the interest of justice that this Court appoint new counsel for Defendant to represent him in his appeal.

      7.       That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, March 10, 2006.

      /s/Loretta A. Faymonville
      LORETTA A. FAYMONVILLE
      Attorney for Defendant
      ROBERT CLYDE RAINS