# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00233JMS |
| CASE NAME: | USA v. Robert Clyde Rains |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/14/06 | TIME: | 10:35 - 10:36 |

COURT ACTION:   EP: Motion for Withdrawal and Substitution of Counsel - deft present in custody.

Motion GRANTED.
CJA counsel to be appointed.
Faymonville to prepare order.


EO: Shawn Luiz appointed as CJA counsel.


Submitted by Richlyn Young, courtroom manager