**ORIGINAL**

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Defendant
ROBERT CLYDE RAINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00233 JMS |
| Plaintiff, ) | |
| vs. ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| ROBERT CLYDE RAINS, ) | |
| Defendant. ) | |

NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant ROBERT CLYDE RAINS, by and through counsel, Shawn A. Luiz, hereby appeals to the United States Court of Appeals from the sentence entered by the Honorable J. Michael Seabright on March 7, 2006.

1

Dated: Honolulu, Hawaii, March 14, 2006

                                                    SHAWN A. LUIZ

                                                    Attorney for Defendant
                                                    ROBERT CLYDE RAINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>              Plaintiff,                        )<br>                                                         )<br>        vs.                                             )<br>                                                         )<br> ROBERT CLYDE RAINS,             )<br>                                                         )<br>                                                         )<br>              Defendant.                    )<br> _____)  | CR. NO. 05-00233 JMS<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of the foregoing was served upon USA, by hand delivery on Honolulu, Hawaii, March 14, 2006, addressed as follows:

Beverly W. Sameshima
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Dated: Honolulu, Hawaii, March 14, 2006

_____
SHAWN A. LUIZ
Attorney for Defendant
ROBERT CLYDE RAINS