PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
ROBERT CLYDE RAINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00233 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | WITHDRAWAL AND |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| ROBERT CLYDE RAINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On March 14, 2006, a hearing was held on Defendant's Motion for

Withdrawal and Substitution of Counsel.  Beverly Wee Sameshima appeared on

behalf of the United States and LORETTA A. FAYMONVILLE appeared on

behalf of and with Defendant Robert Clyde Rains. The Court having considered the pleading filed by counsel and the government having no objection to the instant motion,

IT IS HEREBY ORDERED THAT Ms. Faymonville shall file the Notice of Appeal to the Ninth Circuit on behalf of Mr. Rains.

IT IS FURTHER ORDERED THAT Defendant's Motion for Withdrawal and Substitution of Counsel, be and is hereby granted and **Shawn Luiz** is hereby appointed as CJA counsel in the instant matter for all proceedings hereafter.

IT IS APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 15, 2006


APPROVED AS TO FORM ONLY:

/s/Beverly Sameshima
BEVERLY SAMESHIMA
Assistant United States Attorney


UNITED STATES v. ROBERT RAINS
Cr. No. 05-00233 JMS
Order Granting Motion for Withdrawal and Substitution of Counsel