# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

March 28, 2006

Beverly W. Sameshima
Office of the United States Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

IN RE:    U.S.A v. Robert Clyde Rains
CR NO.    CR 05-00233JMS

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 03/14/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By     Laila M. Geronimo
       Deputy

cc:    Clerk, 9th CCA w/copy of NA,
              docket sheet, dfnf
       Shawn A. Luiz
              with copy of instructions for criminal appeals
              Transcript Desig. & Ordering Form
              with instructions and a copy of the
              docket sheet