Memorandum                                                                      Date: March 28, 2006

To:     Parties in U.S. vs. Robert Clyde Rains

        D.C. No.: CR 05-00233JMS

From:   Clerk, United States District Court

        By: Criminal Appeals, deputy Clerk

Re:     Criminal Appeals Expediting Program


        The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

        A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

        If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Robert Clyde Rains

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00233JMS

II **DATE NOTICE OF APPEAL FILED:** 03/14/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:**                 **BILLED:**

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:        Clerk, U.S. Court of Appeals                              Date: March 28, 2006

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:     U.S.A. vs Robert Clyde Rains

U.S.D.C CASE NO.    CR 05-00233JMS

U.S.D.C. JUDGE:     J. Michael Seabright

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED: 09/03/04

APPEALED ORDER FILED:    03/07/06

NOTICE OF APPEAL FILED:   03/14/06

## COUNSEL INFORMATION

APPELLANT:
Shawn A. Luiz
Attorney at Law
810 Richards St Ste 800
Honolulu, HI 96813

APPELLEE:
Beverly W. Sameshima, AUSA
Office of the United States Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA -

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                              CUSTODY:           ✓

                                      BAIL:              __

F/P GRANTED:    __                    COUNSEL WAIVED:    __

NO OF DAYS OF TRIAL: __               COURT REPORTER(S): ESR, Sharon Ross,