**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-10207**    U.S. District Court Case No. **CR-05-00233-JMS**

Short Case Title **USA v. RAINS**

Date Notice of Appeal Filed by Clerk of District Court **MARCH 14, 2006**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2006
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 9/3/04 | C7 CD#22 3:05-3:08 | ~~Voir Dire~~ Initial Appearance |
| 9/9/04 | C7 CD#22 11:17-11:19 | ~~Opening Statements~~ Detention Hearing |
| 9/15/04 | FTR C7, CD#22 3:13-3:16 | ~~Settlement Instructions~~ Further Detention |
| 6/14/05 | C5 1:42:06-1:43:15 | ~~Closing Arguments~~ A&P |
| 7/1/05 | C6 10:47-11:15 | ~~Jury Instructions~~ Motion for Reconsideration of Detention |
| 7/28/05 | C6 11:51-12:07 | ~~Pre-Trial Proceedings~~ Motion set trial on Calendar |
| 3/14/06 | FTR-Ctrm C6 10:35-10:36 | Other (please specify) Motion to withdraw as counsel |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **04/18/06**    Estimated date for completion of transcript _____

Print Name of Attorney **SHAWN A. LUIZ**    Phone Number **(808) 538-0500**

Signature of Attorney _____

Address _____

SHAWN A. LUIZ
Attorney at Law
~~City Center, Suite 800~~
810 Richards Street
Honolulu, Hawaii 96813

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10207   U.S. District Court Case No. CR-05-00233-JMS

Short Case Title USA v. RAINS

Date Notice of Appeal Filed by Clerk of District Court MARCH 14, 2006

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 8/18/05 | SHARON ROSS | ~~Voir Dire~~ Status Conference |
| 10/14/05 | SHARON ROSS | ~~Opening Statements~~ Motion withdraw Guilty Plea |
| 2/23/06 | SHARON ROSS | ~~Settlement Instructions~~ Sentencing |
| 3/2/06 | SHARON ROSS | ~~Closing Arguments~~ Sentencing |
|  |  | ~~Jury Instructions~~ |
|  |  | ~~Pre-Trial Proceedings~~ |
|  |  | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 04/18/06   Estimated date for completion of transcript _____

Print Name of Attorney SHAWN A. LUIZ   Phone Number (808) 538-0500

Signature of Attorney _____

SHAWN A. LUIZ
Attorney at Law
~~City Center, Suite 800~~
810 Richards Street
Honolulu, Hawaii 96813

Address _____

SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK