# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. Robert Clyde Rains

**U.S. COURT OF APPEALS DOCKET NUMBER:** 6-10207

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00233JMS

II  **DATE NOTICE OF APPEAL FILED:** 03/14/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed

| | |
|---|---|
| **DOCKET FEE PAID ON:** | **AMOUNT:** |
| NOT PAID YET: | BILLED: |
| **U.S. GOVERNMENT APPEAL:** | **FEE WAIVED:** |
| WAS APPELLANT OR APPELLE GRANTED F.P. STATUS? | |
| IF YES, SHOW DATE: | |
| WAS F.P. STATUS REVOKED: | DATE: |
| WAS F.P. STATUS LIMITED IN SOME FASHION? | |
| IF YES, EXPLAIN: | |

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 20 2006
DISTRICT OF HAWAII

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)