SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Defendant
ROBERT CLYDE RAINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00233 JMS |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING WITHDRAWAL OF DEFENDANT'S MOTION TO SET ASIDE JUDGMENT, FILED MARCH 13, 2006, WITHOUT PREJUDICE |
| ROBERT CLYDE RAINS, ) | |
| Defendant. ) | |

ORDER GRANTING WITHDRAWAL OF DEFENDANT'S MOTION TO SET ASIDE JUDGMENT, FILED MARCH 13, 2006, WITHOUT PREJUDICE

This matter came before this Honorable Court on Friday, April 7, 2006, before the Honorable J. Michael Seabright for a status conference. Shawn A. Luiz, Esq. appeared on behalf of ROBERT CLYDE RAINS, Defendant. Beverly W. Sameshima, Assistant U.S. Attorney, appeared on behalf of Plaintiff.

Based on Defendant's oral request at the April 7, 2006 status conference to withdraw his "motion to set aside judgment", filed March 13, 2006 (filed *pro se*), it is so ordered, without prejudice. ROBERT CLYDE RAINS acknowledges his request to withdraw his "motion to set aside judgment", filed March 13, 2006 (filed *pro se*) as evidenced by his signature below:

_____
ROBERT CLYDE RAINS
Dated 4-22-06

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 25, 2006.

_____
HONORABLE J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT COURT JUDGE

_____
Approved As to Form

Beverly W. Sameshima
Assistant U.S. Attorney
Attorney for Plaintiff

UNITED STATES OF AMERICA v. ROBERT CLYDE RAINS; CR. NO. 05-00233 JMS; ORDER GRANTING WITHDRAWAL OF DEFENDANT'S MOTION TO SET ASIDE JUDGMENT, FILED MARCH 13, 2006, WITHOUT PREJUDICE.