**ORIGINAL**

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Defendant
ROBERT CLYDE RAINS



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 15 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

**LODGED**

JUN 13 2006
3:55 PM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00233 JMS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNSEALING AND TRANSCRIPTION OF SEALED JULY 1, 2005 AND JULY 28, 2005 TRANSCRIPTS FOR PURPOSES OF APPEAL |
| ROBERT CLYDE RAINS, | ) | |
| Defendant. | ) | |

ORDER GRANTING UNSEALING AND TRANSCRIPTION OF SEALED
JULY 1, 2005 AND JULY 28, 2005 TRANSCRIPTS FOR PURPOSES OF
<u>APPEAL</u>

Based on defendant's appeal to the Court of Appeals for the Ninth Circuit, it

is hereby ordered that the previously sealed July 1, 2005 and July 28, 2005

1

transcripts are hereby ordered to be unsealed and transcribed for purposes of Rain's appeal to the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 14, 2006.

_____
HONORABLE BARRY M. KURREN
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

<u>UNITED STATES OF AMERICA v. ROBERT CLYDE RAINS</u>; CR. NO. 05-00233 JMS; ORDER GRANTING UNSEALING AND TRANSCRIPTION OF SEALED JULY 1, 2005 AND JULY 28, 2005 TRANSCRIPTS FOR PURPOSES OF APPEAL