

**FILED**

UNITED STATES COURT OF APPEALS

OCT 17 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10207 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00233-JMS |
| v. | District of Hawaii, Honolulu |
| ROBERT CLYDE RAINS, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 20 2006
DISTRICT OF HAWAII

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

Appellee's motion to dismiss this appeal in part in light of the valid appeal waiver is granted. The waiver covers all issues raised in this appeal except appellant's ineffective assistance of counsel claim. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 125 S. Ct. 738 (2005), do not render waiver of appeal involuntary and unknowing).

Appellee's motion to dismiss appellant's ineffective assistance of counsel claim on the grounds that it is appropriately challenged by way of habeas corpus

06-10207

proceedings, and not direct criminal appeal, is denied without prejudice to renewal in the answering brief.

The excerpts of record and opening brief have been filed; the answering brief is due November 17, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

**DISMISSED in PART.**