# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 20, 2007

To: United States Court of Appeals    Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

| | | | |
|---|---|---|---|
| DC No: | CR 05-00233JMS | Appeal No: | 06-10207 |
| Short Title: | USA vs. Rains | | |

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #10,11,13,14,15,16,17,18,19,20,42,43,44,45,47,0, 104

Acknowledgment: _____ Date: _____

cc: counsel