**FILED**

**NOT FOR PUBLICATION**

APR 20 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10207 |
| Plaintiff - Appellee, | D.C. No. CR-05-00233-JMS |
| v. | |
| ROBERT CLYDE RAINS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted April 16, 2007**

Before:    O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

Robert Clyde Rains appeals from the district court's judgment imposing a 216-month sentence for possession with intent to distribute 50 grams or more of

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

methamphetamine, in violation of 21 U.S.C. § 841. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rains contends that his counsel during the proceedings in the district court was constitutionally ineffective. Because the record is insufficiently developed, we decline to consider this claim on direct appeal. *See United States v. Reyes-Platero,* 224 F.3d 1112, 1116 (9th Cir. 2000) (holding that sufficiently developed record is exception to general rule that ineffective assistance of counsel arguments are ordinarily inappropriate for direct review and should be brought in habeas corpus proceedings pursuant to 28 U.S.C. § 2255).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

MAY 15 2007

by:_____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-10207 USA v. Rains

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff - Appellee | Beverly Wee Sameshima, AUSA<br>FAX 808/541-2958<br>808/440-9231<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ROBERT CLYDE RAINS<br>　　Defendant - Appellant | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC cja]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813 |